UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> I-AGE TECHNOLOGIES, INC., <br><br> Defendant. | CASE NO.: 3:22-cv-00434-RLM-MGG |

## Notice of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action. The dismissal is made with prejudice as to Plaintiff's individual claims.

Respectfully Submitted,

/s/ Timothy J. Sostrin
Timothy J. Sostrin
Keith J. Keogh
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
keith@keoghlaw.com
tsostrin@keoghlaw.com

*Attorneys for Plaintiff*