UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>I-AGE TECHNOLOGIES, INC.,<br><br>Defendant. | CAUSE NO. 3:22-CV-434-RLM-MGG |

ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Mr. Fralish's notice of dismissal, [Doc. No. 4], this case is DISMISSSED with prejudice. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:  October 12, 2022

/s/ Robert L. Miller, Jr.
Judge, United States District Court