AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOHN FRALISH, *individually and on behalf of all similarly situated individuals*
    Plaintiff

v.                                                           Civil Action No. 3:22-cv-434

I-AGE TECHNOLOGIES, INC.
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(ii).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Robert L Miller, Jr.

DATE:  10/12/2022                                 GARY T. BELL, CLERK OF COURT

                                                                         by       s/N. Corle
                                                                         *Signature of Clerk or Deputy Clerk*